Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SYANLEY RONALSKY.— Motion granted. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLOTTE FISHER and Others v. SADIE FRIEL HAMMERSMITH, Also Known as SADIE FRIEL.— Motion granted so far as to extend the time of defendant within which to file the record on appeal and appellant's points, to and including January 11, 1930. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

EBLING MALT PRODUCTS Co., INC., Respondent, v. PATRICK J. BREARTON, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

EBLING MALT PRODUCTS Co., INC., Respondent, v. PATRICK J. BREARTON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JOHN L. CURLEY and JESSICA SHEWAN, as Executors, etc., of JAMES SHEWAN, Deceased, and Others, Respondents, v. EDWARD MOORE, JR., and CENTRAL UNION TRUST COMPANY OF NEW YORK, as Executors, etc., of EDWARD MOORE, Deceased, and Others, Appellants, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, O'Malley and Proskauer, JJ.

NELLIE BABBISH, as Administratrix, etc., of ANTHONY BABBISH, Respondent, v. STEAMSHIP TERMINAL OPERATING CORPORATION, Appellant, Impleaded with Another.*— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

WEINBERG & HOLMAN, INC., Respondent, v. PROVIDENCE WASHINGTON INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MURRAY KING, Respondent, v. THOMAS J. JUNKER and " DORA " KERSTETTER, the Name " Dora " Being Fictitious, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

RALPH S. ALEVY, Respondent, v. CHIN's RESTAURANT CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BROUS GARSSON Co., INC., Respondent, v. DAYNOR REALTY Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BROUS GARSSON Co., INC., Respondent, v. DAYNOR REALTY Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of THE CITY OF NEW YORK, Carrying Bronx River Parkway Drive across the New York and Harlem Railroad at a Point about 250 Feet South of East Two Hundred and Thirty-third Street, Borough of The Bronx. NEW YORK and HARLEM RAILROAD COMPANY and THE NEW YORK CENTRAL RAILROAD COMPANY, Appellants; THE CITY OF NEW YORK, Respondent.†— Decision affirmed,

* Affd., 254 N. Y. ——.    † Affd., 254 N. Y. ——.